## RESOLUTION OF TERRA MANAGEMENT GROUP, LLC

WHEREAS, it is in the best interest of Terra Management Group, LLC (the "Company") to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that J. Marc Hendricks, President and Manager of the Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Company;

Be It Further Resolved, that J. Marc Hendricks, President and Manager of the Company, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case; and

Be It Further Resolved, that J. Marc Hendricks, President and Manager of the Company, is authorized and directed to employ the law firm of Brownstein Hyatt Farber Schreck, LLP to represent the Company in such bankruptcy case.

Date: October 7, 2021 Signed: _____
J. Marc Hendricks,
President and Manager

23203391.2