**Fill in this information to identify the case:**

Debtor name: Terra Management Group, LLC

United States Bankruptcy Court for the: District of Colorado (State)

Case number (If known): 21-15245

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Delaney Keaten<br>c/o Ross Ziev, Esq.<br>6795 E. Tennessee Ave.<br>Suite 1-210<br>Denver, CO 80224 | Ross Ziev, Esq.<br>ross@HelpInColorado.com<br>(303) 351-2567 | Judgment | Disputed | | | $ 7,777,766.23 |
| 2 | Kathleen Keaten<br>c/o Ross Ziev, Esq.<br>6795 E. Tennessee Ave.<br>Suite 1-210<br>Denver, CO 80224 | Ross Ziev, Esq.<br>ross@HelpInColorado.com<br>(303) 351-2567 | Judgment | Disputed | | | $ 5,513,936.33 |
| 3 | Spencer Fane<br>1700 Lincoln Street, Suite 2000<br>Denver, CO 80203 | James L. Wooll<br>Jacob F. Hollars<br>(303) 839-3800<br>jwooll@spencerfane.com<br>jhollars@spencerfane.com | Attorney Fees | | | | $ 377,051.69 |
| 4 | Kathleen Keaten & Delaney Keaten<br>c/o Ross Ziev, Esq.<br>6795 E. Tennessee Ave.<br>Suite 1-210<br>Denver, CO 80224 | Ross Ziev, Esq.<br>ross@HelpInColorado.com<br>(303) 351-2567 | Judgment | Disputed | | | $ 140,320.48 |
| 5 | Comcast Business<br>PO Box 60533<br>City of Industry, CA 91716-0533 | Jay McCutchan<br>jay_mccutchan@comcast.com<br>(720) 432-6776<br>(800) 391-3000 | Suppliers or Vendors | | | | $ 944.65 |
| 6 | North Star, Inc.<br>11990 Grant Street, Suite 550<br>Northglenn, CO 80233 | Renae D. Tirro<br>rditirro@nssit.com<br>(303) 552-0018 | Suppliers or Vendors | | | | $ 540.00 |
| 7 | Pitney Bowes Purchase Power (Postage)<br>PO Box 371887<br>Pittsburgh, PA 15250-7887 | (800) 243-7800 | Suppliers or Vendors | | | | $ 301.50 |
| 8 | Sameday Office Supply<br>1721 Boxeler Street, #101<br>Louisville, CO 80027 | (303) 790-2777 | Suppliers or Vendors | | | | $ 233.25 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor   Terra Management Group, LLC
         Name

Case number (if known) _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9  Premier Global Services  PO Box 404351  Atlanta, GA 30384-3521 | (800) 952-9108 | Suppliers or Vendors | | | | $ 58.05 |