**United States Bankruptcy Court**
District of Colorado

In re __Terra Management Group, LLC__          Case No. __21-15245__
                   Debtor(s)                                    Chapter __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Terra Management Group, LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**MJT Properties, Inc.**
**16 Inverness Place East, Building A, Suite 100**
**Englewood, CO 80112**

☐ None [*Check if applicable*]

10/15/21
Date

/s/ Michael J. Pankow
**Michael J. Pankow 21212**
Signature of Attorney or Litigant
Counsel for __Terra Management Group, LLC__
**Brownstein Hyatt Farber Schreck, LLP**
**410 Seventeenth Street, Suite 2200**
**Denver, CO 80202**
**(303) 223-1100 Fax:(303) 223-1111**
**mpankow@bhfs.com**